IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE RUDY KIRK,                    )   No. C 06-0071 CW (PR)
                                       )
            Petitioner,                )   ORDER DENYING CERTIFICATE OF
                                       )   APPEALABILITY
     v.                                )
                                       )   (Docket no. 43)
MELVIN HUNTER,                         )
                                       )
            Respondent.                )
_____)

     Petitioner Lawrence Rudy Kirk, proceeding <u>pro se</u>, filed a
petition for a writ of habeas corpus pursuant to title 28 U.S.C.
§ 2254.  On November 21, 2008, the Court entered judgment denying
the petition.

     On March 18, 2010, the Court denied Petitioner's request for
leave to file a motion for reconsideration under Rule 60(b)(6) of
the Federal Rules of Civil Procedure.

     On April 19, 2010, Petitioner filed a notice of appeal and a
motion for a certificate of appealability (COA).

     For the reasons below, the Court DENIES a COA.

                            DISCUSSION

     An appeal may not be taken to the court of appeals from the
final order in a habeas corpus proceeding unless the petitioner
first obtains a COA.  A judge shall grant a COA "only if the
applicant has made a substantial showing of the denial of a
constitutional right."  28 U.S.C. § 2253(c)(2).  "Where a district
court has rejected the constitutional claims on the merits, the
showing required to satisfy § 2253(c) is straightforward: the

United States District Court

For the Northern District of California

petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).  This requires an overview of the claims in the habeas petition and a general assessment of their merits.  It does not require full consideration of the factual or legal bases adduced in support of the claims.  <u>Miller-El v. Cockrell</u>, 537 U.S. 322, 336 (2003).  The question is the debatability of the underlying constitutional claim, not the resolution of that debate.  <u>Id.</u> at 342.

The Court has reviewed its order denying the petition for a writ of habeas corpus as well as its order denying Petitioner's request for leave to file a motion for reconsideration under Rule 60(b)(6).  Petitioner has failed to make a substantial showing that any of his claims amounted to a denial of his constitutional rights or demonstrate that a reasonable jurist would disagree with this Court's assessment.  Therefore, the Court DENIES Petitioner a COA.

This Order terminates Docket no. 43.

IT IS SO ORDERED.

DATED: 9/1/2010

_____
CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE RUDY KIRK,

        Plaintiff,

  v.

MELVIN HUNTER et al,

        Defendant.

_____/

Case Number: CV06-00071 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 1, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lawrence Rudy Kirk CO#000166-9
Coalinga State Hospital
P.O. Box 5003
Unit 6
Coalinga,  CA 93201

Dated: September 1, 2010

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

United States District Court
For the Northern District of California